■ CARL R. RICCI, Doing Business as C.R. RICCI ATHLETIC SALES, Appellant, v NEW ERA CAP CO., INC., Respondent, et al., Defendant. [638 NYS2d 373] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Harvey, J.). We add only that

plaintiff's motion to amend the complaint to add causes of action for fraud and constructive fraud was properly denied. The proposed amendment manifestly lacked merit and was " 'palpably insufficient on [its] face' " *(Washburn v Citibank [S. D.],* 190 AD2d 1057; *see, Metral v Horn,* 213 AD2d 524, 525). (Appeal from Order of Supreme Court, Ontario County, Harvey, J.— Amend Complaint.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.